**Bryan Edwin RANSOM,
Plaintiff–Appellant,**

v.

**D. ORTIZ; et al., Defendants–
Appellees.**

**No. 11–16970.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 15, 2012.\*

Filed May 25, 2012.

Bryan Edwin Ransom, Corcoran, CA, pro se.

Before: CANBY, GRABER, and M. SMITH, Circuit Judges.

MEMORANDUM \*\*

Bryan Edwin Ransom, a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action as duplicative. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion a district court's decision to dismiss an action as duplicative, *Adams v. Cal. Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir.2007), and we reverse and remand.

Dismissal of claim 1 in Ransom's action as duplicative of his claim in *Ransom v.*

*Scribner,* No. 1:06–cv–00208–LJO–DLB, was an abuse of discretion because the claims do not arise out of the same transactional nucleus of facts, involved different defendants, occurred more than 4 years apart, and are not, therefore, duplicative. *See Adams,* 487 F.3d at 689. Moreover, while claims 2–9 in Ransom's action are the same as those raised in *Ransom v. Johnson,* No. 1:05–cv–00086–OWW–GSA, they are not duplicative because the claims in *Johnson* had previously been dismissed without prejudice for failure to pay the filing fee. *See Adams,* 487 F.3d at 688 (duplicative actions are "two separate actions involving the same subject matter at the same time in the same court[.]" (citation and internal quotation marks omitted)). Accordingly, we reverse and remand for further proceedings consistent with this disposition.

Ransom's motion for judicial notice is denied.

**REVERSED and REMANDED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.